# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-3397

_____

United States of America

*Plaintiff - Appellee*

v.

Gregory W. Donner

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: December 13, 2018
Filed: December 18, 2018
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Gregory Donner directly appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).  Donner has not filed a pro se brief.

While Donner challenges a sentencing enhancement the district court imposed for maintaining a manufacturing or distribution premises, he waived his challenge to the enhancement when he withdrew his objection to it in the district court.  <u>See</u> <u>United States v. Stoney End of Horn</u>, 829 F.3d 681, 687-88 (8th Cir. 2016).  Donner also argues that the drug quantity calculation was erroneous because the entire weight of liquid LSD was used in calculating the LSD quantity, rather than extracting the drug from its carrier.  We conclude that any such error in calculating the drug quantity is harmless because it did not change the base offense level imposed and had no effect on Donner's sentence.  <u>See</u> Fed. R. Crim. P. 52(a) (harmless-error rule); <u>United States v. Phillippi</u>, 911 F.2d 149, 151 (8th Cir. 1990).  Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____